## Penny L. TARWATER and Mark Tarwater, Appellants,

v.

## 4–M RETAIL CORPORATION, INC., Respondent.

### No. WD 62130.

Missouri Court of Appeals, Western District.

Dec. 30, 2003.

Joseph A. Hamilton, Pleasant Hill, MO, for appellants.

William A. Mallory, Kansas City, MO, for respondent.

Before HOWARD, P.J., and LOWENSTEIN and SMART, JJ.

## ORDER

### PER CURIAM.

Appellants, husband and wife, sued landowner under premises liability for injuries suffered when wife slipped on ice in landowner's self-serve car wash. On respondent's affirmative defense of comparative fault, jury returned a verdict assessing 100 percent of the fault to appellants. They raise instructional error and failure of the trial court to declare the testimony of landowner's representative as admissions. Affirmed. Rule 84.16(b).